# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**E-filing**

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

Title 18 USC Section 1701 -
Obstruction of Mails Generally
(Class B Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
6 months imprisonment, 5 years probation, $5,000 fine, $10 special assessment, 1 year of supervised release

---- DEFENDANT - U.S. ----

▶ TANISHA TALLEY

DISTRICT COURT NUMBER

CR07-00393WDB

FILED JUN 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☑ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  H. H. (Shashi) Kewalramani

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED

2007 JUN 21 AM 10: 05

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-00393 WDB |
| Plaintiff, ) | |
| ) | VIOLATION: 18 U.S.C. § 1701 - |
| v. ) | Obstruction of Mails Generally (Class B Misdemeanor) |
| TANISHA TALLEY, ) | |
| Defendant. ) | OAKLAND VENUE |

## INFORMATION

The United States Attorney charges:

In or about December 2006, in the Northern District of California, the defendant,

TANISHA TALLEY,

did knowingly and willfully obstruct or retard the passage of the mail, namely, parcels belonging to others by re-labeling them to have them sent to her residence, in violation of Title 18, United States Code, Section 1701, a Class B misdemeanor.

DATED: June 20, 2007

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief Oakland Division

(Approved as to form: _____)
H.H. (SHASHI) KEWALRAMANI
Assistant United States Attorney

INFORMATION