

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

Ronald V. Dellums Federal Building     *(510) 637-3680*

---

*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*     *FAX (510) 637-3724*

June 21, 2007

**VIA E-FILING**
The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California  94612

    Re:    <u>United States v. Tanisha Talley</u>, CR07-00393 WDB

Dear Magistrate Judge Brazil:

    The United States Attorney's office hereby requests that a date for arraignment on information regarding this matter be set before your Honor on the Criminal Calendar at 10:00 a.m. on Monday, July 9, 2007.

                      Very Truly Yours,

                      SCOTT N. SCHOOLS
                      United States Attorney


                      _____/s/_____
                      ADAM C. LOWRY
                      Law Clerk