

**U.S. Department of Justice**

United States Attorney
Northern District of California

Ronald V. Dellums Federal Building                    (510) 637-3680

1301 Clay Street, Suite 340S
Oakland, California 94612-5217                        FAX (510) 637-3724


June 25, 2007

**VIA E-FILING**
The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California 94612

    Re:    <u>United States v. Tanisha Talley</u>, CR07-00393 WDB

Dear Magistrate Judge Brazil:

    The United States Attorney's office hereby requests a change in the date for arraignment on information regarding this matter. Ms. Talley has informed the United States Attorney's office that she is unavailable on the previously requested date for arraignment, Monday, July 9, 2007. Therefore, the United States Attorney's office hereby requests that a date for arraignment on information regarding this matter be set before your Honor on the Criminal Calendar at 10:00 a.m. on Tuesday, July 10, 2007.


    Very Truly Yours,

    SCOTT N. SCHOOLS
    United States Attorney


    _____/s/_____
    ADAM C. LOWRY
    Law Clerk