**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*   *(510) 637-3717*
*Oakland, California  94612*   *FAX:(510) 637-3724*
   *E-Mail: shashi.kewalramani@usdoj.gov*

July 23, 2007

**VIA E-FILING**
The Chambers of the Honorable Wayne D. Brazil
1301 Clay Street, 3rd Floor
Oakland, CA 94612

    RE:    *United States v. Tanisha Talley, CR 07-00393 WDB*

Dear Judge Brazil:

Enclosed for the Court's review is a copy of the plea agreement pursuant to which it is anticipated that Ms. Talley will change her plea on July 24, 2007 before the Court. If the Court has any questions or concerns regarding the plea agreement, I can be reached at the above listed phone number or e-mail address.

Sincerely,

SCOTT N. SCHOOLS
United States Attorney


By: _____/s/_____
    H. H. (Shashi) Kewalramani
    Assistant United States Attorney

Encl.