01/07/2008 01:16 PM EDT

**FILED**

**JAN 10 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

Oakland

Case No. DCAN407CR000393

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Ln # | Payment Type | Payment Amount | Payment Date |
|---------|-----------|------|-----------|------------|---------------------|----------------------|------|--------------|----------------|--------------|
| | | | US V TALLEY | | | | | | | |
| 001 | TANISHA TALLEY | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 4461100121I | 1 | PR | 10.00 | 09/13/2007 |
| | | | | | | Division Payment Total | | | 10.00 | |
| | | | | | | Grand Total | | | 10.00 | |

$ 10.00 SPECIAL ASSESSMENT
PAID IN FULL
on 9/13/07

Page 1  of  1