AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation


FILED

MAR 3 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TANISHA TALLEY | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-07-00393-001 DMR<br>BOP Case Number: DCAN307CR000393-001<br>USM Number: 90379-111<br>Defendant's Attorney: AFPD Joyce Leavitt |

**THE DEFENDANT:**

[X]  admitted guilt to violation of conditions of her Probation as described in Charges One, Two, Five, Six and Eight on the Amended Petition for Arrest Warrant for Offender Under Supervision filed on March 21, 2014.

[X]  did not admit guilt to the violation of conditions of her Probation as described in Charges Three, Four, and Seven on the Amended Petition for Arrest Warrant for Offender Under Supervision filed on March 21, 2014; and the Court granted the Government's motion to dismiss those charges against her.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Violation of general condition that she not commit another federal, state, or local crime. | See violation dates specified on Charges One, Two, Five, Six, and Eight on pages 2 to 4 of the Amended Petition for Arrest Warrant for Offender Under Supervision filed on March 21, 2014. |
| Two | Violation of standard condition no. 1 that she not leave the judicial district without permission of the Court or probation officer. | |
| Five | Violation of standard condition no. 2 that she submit a truthful and complete written report withint five days of each month. | |
| Six | Violation of general condition that she not commit another federal, state, or local crime. | |
| Eight | Violation of general condition that she not commit another federal, state, or local crime. | |

  In open court on March 31, 2014, the defendant admitted that she violated the conditions of her Probation as described in Charges One, Two, Five, Six and Eight on the Amended Petition for Arrest Warrant for Offender Under Supervision filed on March 21, 2014. Based on her own admission, the Court found that the defendant violated the conditions of her Probation pursuant to Title 18, United States Code Sec. 3653.

  The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _ and is discharged as to such violation(s) condition.

It appearing that the Defendant, who was convicted on July 24, 2007 (Judgment filed on July 27, 2007) in the above styled cause and was placed on Probation for a period of Two (2) years (on May 4, 2009, a Petition for Arrest Warrant for Offender Under Supervision was filed against Defendant Tanisha Talley, the Defendant was arrested on the warrant in Massachusetts on March 4, 2014), has violated the terms of Probation. It is hereby ORDERED and ADJUDGED that the Defendant's Probation be **REVOKED**. The Defendant shall be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Three (3) months, and with an additional Three (3) months to be served at the Halfway House.**

If the Defendant serves this custodial sentence, no period of Supervised Release is to follow.

The Defendant is remanded forthwith to the custody of the United States Marshal.

March 31, 2014
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Defendant's USM No.: 90379-111

Defendant's Residence Address:
(Last know address was Revere, Massachusetts per U.S. Marshal)

**DONNA M. RYU**, United States Magistrate Judge
Name & Title of Judicial Officer

Defendant's Mailing Address:

3/31/14
Date