1  STEVEN G. KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant TANISHA TALLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 07-00393 DMR |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND PROPOSED ORDER TO SET STATUS OR HEARING DATE |
| v. | ) ) | FOR MAY 27, 2014 REGARDING JUDGEMENT AND EXCUSE |
| TANISHA TALLEY, | ) ) | DEFENDANT'S APPEARANCE; [~~PROPOSED~~] ORDER |
| Defendant. | ) ) ) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that this case be set on Tuesday, May 27, 2014, at 9:30 a.m. before Magistrate Donna M. Ryu for a status or hearing date regarding Ms. Talley's sentence which was imposed by this Court on March 31, 2014. The Court ordered Ms. Talley to be "committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of three (3) months, and with an additional Three (3) months to be served at the halfway house." The Bureau of Prisons ("BOP") is unwilling to place Ms. Talley at the half-way house because it believes her to be ineligible. The parties understand that the BOP has indicated a willingness to the Court to release Ms. Talley from custody after (3) months custody and the parties would like to discuss what resolution, if any, will satisfy the clear intent of all parties, including the Court. United States Probation Officer

1  Karen Mar has been notified and will have someone stand in for her at the hearing. In addition,
2  defense counsel notified counsel for the BOP that the Court requests its presence at the hearing.
3  Deputy Regional Counsel Dominc Ayotte will be available by telephone on Tuesday, May 27,
4  2014, at 9:30 a.m.

5      Defense counsel has learned that Ms. Talley has been designated and moved to Nevada
6  by the BOP. Ms. Talley has been notified of the hearing and waives her presence. She has
7  requested that the hearing go forward without her and agrees that the Office of the Federal Public
8  Defender may represent her interests at the upcoming hearing. For this reason, the parties
9  request that the Court set this matter on May 27, 2014, at 9:30 a.m. and excuse Ms. Talley's
10 appearance.

12 DATED: May 23, 2014                      /S/
13                                                   JAMES C. MANN
                                                  Assistant United States Attorney

14 DATED: May 23, 2014                      /S/
                                                  JOYCE LEAVITT
15                                                   Assistant Federal Public Defender

17     I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

18 ## ORDER

19     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this matter be called on
20 Tuesday, May 27, 2014, at 9:30 a.m. for a status or hearing date regarding Ms. Talley's sentence
21 which was imposed by the Court on March 31, 2014.
22     IT IS FURTHER ORDERED that Ms. Talley's appearance at the hearing be waived.
23     SO ORDERED.

25 DATED: 5/23/14                                  
26                                    DONNA M. RYU
                                   United States Magistrate Judge